IN RE APPLICATION OF STINEMAN.

[Cite as In re Application of Stineman (1990), 52 Ohio St. 3d 88.]

(No. 89-1979—Submitted March 13, 1990—Decided June 27, 1990.)

*Clark & Eyrich* and *Stephen T. MacConnell*, for applicant.

*Michael M. Schmieg*, for the Cincinnati Bar Association.

*Per Curiam.* We agree with the board's findings and its recommendation. Accordingly, applicant's application for admission without examination is hereby denied. However, applicant is permitted to reapply for admission. He shall undergo further character and fitness examination and, if approved, be required to take the Ohio bar examination.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, STEPHENSON, H. BROWN and RESNICK, JJ., concur.

EARL E. STEPHENSON, J., of the Fourth Appellate District, sitting for WRIGHT, J.